216 So.2d 305

Joseph E. WEINHARDT

v.

Olga W. WEINHARDT and Lojewol Corporation.

No. 49539.

Dec. 10, 1968.

In re: Joseph E. Weinhardt applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 214 So.2d 254.

Application is denied. On the facts found by the Court of Appeal the result is correct.

■

216 So.2d 306

NORTH AMERICAN SALES ALLIANCE, INC., et al.

v.

CARRTONE LABORATORIES, INC., et al.

No. 49548.

Dec. 10, 1968.

In re: Henry L. Ostrich applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 214 So.2d 167.

Refused. On the facts found by the Court of Appeal we find no error of law in its judgment.